# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL JAFFE,          )
                                  )
        Plaintiff,         )
                                  )
      v.                 )      Civil Action No.   26-00230 (UNA)
                                  )
                                  )
JANET LOUISE YELLEN,    )
                                  )
        Defendant.     )

## <u>MEMORANDUM OPINION</u>

Plaintiff, appearing *pro se*, has filed a complaint and an application to proceed *in forma pauperis* (IFP).  For the following reasons, the Court grants the IFP application and dismisses the complaint.

Plaintiff alleges that former Treasury Secretary Janet Yellen "kept $7 trillion meant for Federal Reserve" when she served as Chair of the Federal Reserve "during the Obama administration."  Compl., ECF No. 1 at 4.  Plaintiff posits that "this revenue was due to a phone call made to Seven World Trade NYC Secret Service Police to clean out revenue from the Stock Market" and alleges that the "money came from businesses" he "created . . . during visits to University of Florida Football Office" as a "walk on[.]"  *Id*.  Plaintiff seeks an order compelling Yellen to pay him $7 trillion.  *Id*. at 5.

Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are frivolous actions subject to

dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).  Therefore, this case will be dismissed by separate order.

_____/s/_____
RUDOLPH CONTRERAS
Date: April 7, 2026                                    United States District Judge